**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF<br><br>ANNE T. KRAJACIC<br><br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 09-23910<br>JUDGE: Schmetterer |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents GMAC Mortgage, LLC in your Chapter 13 case number 09-23910. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. As of 05/03/2011 the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 01/2011 – 05/2011 monthly payments at $1,063.26 each | = $ | 5,316.30 |
| | | |
| TOTAL | = $ | 5,316.30 |

Respectfully submitted,

/s/ Todd J. Ruchman
Attorney for GMAC Mortgage, LLC

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-020545

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**